In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00358-CR
_____

ALFONSO TORRES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-11104

MEMORANDUM OPINION

Pursuant to a plea agreement, appellant Alfonso Torres pled guilty to the offense of money laundering. The trial court found the evidence sufficient to find Torres guilty, but deferred finding him guilty. The trial court placed Torres on community supervision for five years and assessed a fine of $500. The State subsequently filed a motion to revoke Torres's unadjudicated community supervision. Torres pled "true" to three violations of the terms of his community

1

supervision. The trial court found that Torres violated the terms of the community supervision order, revoked Torres's community supervision, and imposed a sentence of 13 years of confinement.

Torres's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 21, 2012, we granted an extension of time for appellant to file a *pro se* brief. We received no response from the appellant.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment. [1]

AFFIRMED.

---

[1] Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

_____
CHARLES KREGER
Justice

Submitted on March 5, 2013
Opinion Delivered March 27, 2013
Do not publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.